FILED

03/20/2026

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

SCANNED at PENDLETON and Emailed on

3 / 20 / 2026 by _____J.L._____ pages 1-34
  (date)        (initials)     (num)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
Civil Action Cause No. 1:23-cv-02123-MPB-CSW

KENNETH ALLEN, IDOC #173335,      )
                 (Plaintiff),   )
      v.                )
DENNIS REAGLE, et al.         )
            (Defendants).   )

**PLAINTIFF'S VERIFIED MOTION FOR THE ATTA**⬚⬚⬚ **RIFIED MOTION FOR A 90 DAY EXTENSION OF TIME TO** ⬚⬚⬚ **EF IN OPPOSITION TO DEFENDANTS' MOTION FOR SU**⬚ **T. 75]" TO BE FILED AND DEEMED FIL**⬚

The Motion is **GRANTED** to the extent that the Clerk is directed to file Plaintiff's attached exhibit at Dkt. 86-1 and deem the exhibit as filed on February 27, 2026.

The Clerk is directed to send Plaintiff a copy of public docket sheet with a copy of this order.

Crystal S. Wildeman
U.S. Magistrate Judge
April 6, 2026

Distributed via U.S. Mail to:
KENNETH ALLEN
173335
PENDLETON - CF
PENDLETON
CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

**[1.]**    On **2/12/2026** the Plaintiff received "Defendants⬚⬚⬚ lgment" [Dkt.75], "Defendants' Designation of Evidence" [Dkt.⬚⬚⬚ port of Defendants' Motion For Summary Judgment".

**[2.]**    [Dkt.75] certificate of service of states that [Dkt.75]⬚⬚⬚ Service mail on 2/2/026. Therefore, Pursuant to <u>Fed. R. Civ. P. 5 (b)(2)(C)</u>⬚, **service** of [Dkt.75] upon the Plaintiff was **completed** when [Dkt.75] was placed in the U.S. Postal Service mail on **2/2/026**.

**[3.]**    The Plaintiff is unable to be served [Dkt.75] via the Court's electronic filing system. [2]

---

[1]    <u>Fed. R. Civ. P. 5</u> titled "Serving and Filing Pleadings and Other Papers" states in relevant part that **"(b) Service: How Made…(2) Service in General**. A paper is served under this rule by:…(C) mailing it to the person's last known address—in which event **service is complete upon mailing…"**.

[2]    Both the "General Order" under In Re: Prisoner Electronic Filing Program, No. 23-mc-0001 (S.D. Ind.2023) ("General Order/Administrative Policy 2023-45", and, Pendleton Correctional Facility Directive 187 only provides for service of filings upon the Plaintiff via U.S. Mail, and, does not provide for service of filings upon the Plaintiff via the Court's "NEF" and "CM/ECF" systems.